B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re __RENEE BETH DI LIDDO__　　　　　　Case No.: __BK-S-22-10536__
　　　　　　Debtor　　　　　　　　　　　　Chapter: __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for serviced rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept...................... $ __1,000.00__
   Prior to the filing of this statement I have received......... $ __1,000.00__
   Balance Due.................................................................. $ __0.00__

2. $__338.00__ Of the filing fee has been paid.

3. The source of the compensation paid to me was:

   __X__ Debtor　　　　　____ Other (specify):

4. The source of compensation to be paid to me is:

   ____ Debtor　　　　　____ Other (specify):

5. __X__ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ____ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs which may be required;
   c. Representation of the debtor at Meeting of Creditors and 1 Continuance of Meeting of Creditors;
   d. [Other provisions as needed.]

/ / /

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    a.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters,
    b.  Anything Not Stated Above.
    c.  Costs.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: February 16, 2022

Signed: _____
David Mincin, Esq.
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
Phone: 702-852-1957
Fax: N/A
dmincin@mincinlaw.com